# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 498 |
| | : | |
| ORDER AMENDING RULE 462 AND | : | CRIMINAL PROCEDURAL RULES |
| REVISING THE *COMMENT* TO RULE | : | |
| 460  OF THE PENNSYLVANIA RULES | : | DOCKET |
| OF CRIMINAL PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of December, 2017, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 47 *Pa.B.* 3959 (July 22, 2017)*,* and a *Final Report* to be published with this **ORDER:**

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Criminal Procedure 462 is amended and the *Comment* to Pennsylvania Rule of Criminal Procedure 460 is revised, in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2018.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.